ELI W. BLAKE. Respondent, *v.* CHESTER GRISWOLD et al., Appellants.

THIS case presented the same questions, and was argued and decided with *Bonnell* v. *Griswold, ante,* p. 128.